IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Anna Gobble, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   11 C 6600 |
| | ) | |
| Firstsource Advantage, LLC, a New York limited liability company, | ) ) ) | Judge Chang |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, pursuant to F.R.C.P. Rule 41, hereby voluntarily dismisses her claims against the Defendant, without prejudice.

Dated: October 28, 2011

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com

1

## CERTIFICATE OF SERVICE

  I hereby certify that on October 28, 2011, a copy of the foregoing **Notice of Voluntary Dismissal without Prejudice** was filed electronically. Notice of this filing will be sent to the following party via U.S. Mail, first class postage pre-paid, on October 28, 2011, by 5:00 p.m.

James L. Duke, General Counsel
Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, New York 14228


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com