UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
Eastern Division

Anna Gobble
                        Plaintiff,

v.                                          Case No.: 1:11−cv−06600
                                                Honorable Edmond E. Chang

Firstsource Advantage, LLC
                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, October 28, 2011:

      MINUTE entry before Honorable Edmond E. Chang: Pursuant to Plaintiff's notice of voluntary dismissal and Rule 41(a)(1)(A)(i), the case is dismissed without prejudice. Status hearing scheduled for 12/8/2011 [7] is stricken. Civil case terminated. Mailed notice.(jlj)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.